# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| **CONSTITUTION PARTY OF OHIO,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 2:08-cv-666 |
| v. | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **JENNIFER BRUNNER** | : | |
| | : | |
| Defendant. | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That the Court **GRANTS** Defendant's Motion for Judgment on the Pleadings, **DENIES** Plaintiffs' Motion for Preliminary Injunction. This action is hereby DISMISSED.

Date: **March 16, 2009**       James Bonini, Clerk

                              s/Betty L. Clark
                              Betty L. Clark/Deputy Clerk